# Certification of Plaintiff Pursuant to Federal Securities Laws

I, __Mikołaj Bojdoł__, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in New Fortress Energy Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this:

__13.09.2024__
Date

__Mikołaj Bojdoł__
Name

_[Signature: Bojdoł]_
Signature

| Date | Transaction | Amount | Price |
|---|---|---|---|
| 4/29/24 | Buy | 23 | $27.00 |
| 5/21/24 | Buy | 33 | $27.25 |