UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MIKOLAJ BOJDOL, Individually and on Behalf of All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : No. 1:24-cv-07032 (JGK) <br> : |
| NEW FORTRESS ENERGY INC., WESLEY ROBERT EDENS, CHRISTOPHER S. GUINTA, and ANDREW DETE, | : <br> : <br> : <br> : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott D. Musoff, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action on behalf of Defendants New Fortress Energy Inc., Wesley Robert Edens, Christopher S. Guinta, and Andrew Dete.

Dated: New York, New York
November 11, 2024

      /s/  Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Facsimile: (212) 735-2000
scott.musoff@skadden.com

*Counsel for Defendants New Fortress Energy Inc., Wesley Robert Edens, Christopher S. Guinta, and Andrew Dete*