# EXHIBIT C

## Financial Interest Analysis

**Company Name:** New Fortress Energy Inc.
**Ticker:** NFE
**Class Period:** 12/12/2022 - 08/08/2024
**Name:** Joseph Costro

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/14/2023 | 1,000.0000 | $27.3900 | -$27,390.0000 | | $0.0000 | -$27,390.00 |
| 9/7/2023 | 1,000.0000 | $31.2600 | -$31,260.0000 | | $0.0000 | -$31,260.00 |
| 9/27/2023 | 6.3760 | $31.3700 | -$200.0151 | | $0.0000 | -$200.02 |
| 11/6/2023 | 1,000.0000 | $28.5500 | -$28,550.0000 | | $0.0000 | -$28,550.00 |
| 12/18/2023* | 1,700.0000 | $30.0000 | -$51,000.0000 | | $0.0000 | -$51,000.00 |
| 12/27/2023 | 7.9950 | $37.6000 | -$300.6120 | | $0.0000 | -$300.61 |
| 2/2/2024 | 300.0000 | $31.5200 | -$9,456.0000 | | $0.0000 | -$9,456.00 |
| 3/19/2024 | 100.0000 | $30.0700 | -$3,007.0000 | | $0.0000 | -$3,007.00 |
| 3/27/2024 | 16.7490 | $29.9400 | -$501.4651 | | $0.0000 | -$501.47 |
| 6/13/2024 | -326.0000 | | $0.0000 | $21.8600 | $7,126.3600 | $7,126.36 |
| 6/13/2024 | -1,000.0000 | | $0.0000 | $22.1400 | $22,140.0000 | $22,140.00 |
| 6/13/2024 | -1,674.0000 | | $0.0000 | $21.8500 | $36,576.9000 | $36,576.90 |
| 6/13/2024 | -2,131.0000 | | $0.0000 | $21.8600 | $46,583.6600 | $46,583.66 |
| 6/14/2024 | 1,000.0000 | $21.7700 | -$21,770.0000 | | $0.0000 | -$21,770.00 |
| 6/14/2024 | 1,000.0000 | $22.0100 | -$22,010.0000 | | $0.0000 | -$22,010.00 |
| 6/14/2024 | 1,000.0000 | $22.0300 | -$22,030.0000 | | $0.0000 | -$22,030.00 |
| 6/14/2024 | 700.0000 | $21.8700 | -$15,309.0000 | | $0.0000 | -$15,309.00 |
| 6/14/2024 | 300.0000 | $21.8500 | -$6,555.0000 | | $0.0000 | -$6,555.00 |
| 8/9/2024 | -1,000.0000 | | $0.0000 | $13.0400 | $13,040.0000 | $13,040.00 |
| 8/9/2024 | -1,000.0000 | | $0.0000 | $13.0500 | $13,050.0000 | $13,050.00 |
| 8/12/2024 | -999.0000 | | $0.0000 | $14.0600 | $14,045.9400 | $14,045.94 |
| 8/12/2024 | -1,000.0000 | | $0.0000 | $13.7300 | $13,730.0000 | $13,730.00 |

**Shares Retained:** 1.1200                 **Subtotal:** -$73,046.23

| | 90-Day Average Price | Shares Retained | 90-Day Average: | $11.76 |
|---|---|---|---|---|
| | $10.5004 | 1 | Total: | -$73,034.47 |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/21/2024 | 500.0000 | $21.4300 | -$10,715.0000 | | $0.0000 | -$10,715.00 |
| 6/24/2024 | 500.0000 | $22.4900 | -$11,245.0000 | | $0.0000 | -$11,245.00 |
| 7/12/2024 | 190.0000 | $21.1700 | -$4,022.3000 | | $0.0000 | -$4,022.30 |
| 8/9/2024 | -600.0000 | | $0.0000 | $13.0400 | $7,824.0000 | $7,824.00 |
| 8/12/2024 | -290.0000 | | $0.0000 | $14.2000 | $4,118.0000 | $4,118.00 |
| 8/12/2024 | -300.0000 | | $0.0000 | $13.8500 | $4,155.0000 | $4,155.00 |

**Shares Retained:** 0.0000                 **Subtotal:** -$9,885.30

| | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
|---|---|---|---|---|
| | $10.5004 | 0 | Total: | -$9,885.30 |

## Financial Interest Analysis

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/1/2023 | 1,000.0000 | $27.9900 | -$27,990.0000 | | $0.0000 | -$27,990.00 |
| 6/28/2023 | 3.6360 | $27.5100 | -$100.0264 | | $0.0000 | -$100.03 |
| 8/2/2023 | 1,000.0000 | $27.9000 | -$27,900.0000 | | $0.0000 | -$27,900.00 |
| 9/27/2023 | 6.3870 | $31.3700 | -$200.3602 | | $0.0000 | -$200.36 |
| 11/7/2023 | 1,000.0000 | $27.6600 | -$27,660.0000 | | $0.0000 | -$27,660.00 |
| 12/27/2023 | 8.0050 | $37.6000 | -$300.9880 | | $0.0000 | -$300.99 |
| 1/24/2024 | 1,000.0000 | $33.2700 | -$33,270.0000 | | $0.0000 | -$33,270.00 |
| 1/31/2024 | 700.0000 | $33.5200 | -$23,464.0000 | | $0.0000 | -$23,464.00 |
| 1/31/2024 | 300.0000 | $33.8100 | -$10,143.0000 | | $0.0000 | -$10,143.00 |
| 3/27/2024 | 16.7610 | $29.9400 | -$501.8243 | | $0.0000 | -$501.82 |
| 4/26/2024 | 100.0000 | $27.0500 | -$2,705.0000 | | $0.0000 | -$2,705.00 |
| 6/14/2024 | 2,000.0000 | $21.7400 | -$43,480.0000 | | $0.0000 | -$43,480.00 |
| 6/14/2024 | 2,000.0000 | $21.9400 | -$43,880.0000 | | $0.0000 | -$43,880.00 |
| 6/14/2024 | 1,000.0000 | $21.7200 | -$21,720.0000 | | $0.0000 | -$21,720.00 |
| 6/14/2024 | -434.0000 | | $0.0000 | $21.1700 | $9,187.7800 | $9,187.78 |
| 6/14/2024 | -1,000.0000 | | $0.0000 | $21.4000 | $21,400.0000 | $21,400.00 |
| 6/14/2024 | -1,000.0000 | | $0.0000 | $21.4100 | $21,410.0000 | $21,410.00 |
| 6/14/2024 | -1,000.0000 | | $0.0000 | $21.7300 | $21,730.0000 | $21,730.00 |
| 6/14/2024 | -1,700.0000 | | $0.0000 | $21.1800 | $36,006.0000 | $36,006.00 |
| 6/20/2024 | 1,000.0000 | $21.1800 | -$21,180.0000 | | $0.0000 | -$21,180.00 |
| 6/25/2024 | 500.0000 | $21.3700 | -$10,685.0000 | | $0.0000 | -$10,685.00 |
| 6/27/2024 | 24.5330 | $20.9300 | -$513.4757 | | $0.0000 | -$513.48 |
| 7/16/2024 | 558.0000 | $21.7800 | -$12,153.2400 | | $0.0000 | -$12,153.24 |
| 7/16/2024 | 442.0000 | $21.7700 | -$9,622.3400 | | $0.0000 | -$9,622.34 |
| 8/9/2024 | -3,600.0000 | | $0.0000 | $13.0000 | $46,800.0000 | $46,800.00 |
| 8/12/2024 | -1,925.0000 | | $0.0000 | $14.2000 | $27,335.0000 | $27,335.00 |
| 8/12/2024 | -2,000.0000 | | $0.0000 | $13.7600 | $27,520.0000 | $27,520.00 |
| 8/13/2024 | -0.3220 | | $0.0000 | $13.9800 | $4.5016 | $4.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0.0000** | | | | **Subtotal:** | **-$106,075.97** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $10.5004 | 0 | **Total:** | **-$106,075.97** |

| | |
|---|---|
| **Combined Total:** | **-$188,995.74** |

Notes

*Call option exercise.

The 90-Day Average Price used in this financial interest analysis is the average closing price between August 9, 2024 and November 6, 2024.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.