UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKOLAJ BOJDOL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW FORTRESS ENERGY INC., WESLEY ROBERT EDENS, CHRISTOPHER S. GUINTA, and ANDREW DETE, <br><br> Defendants. | Case No.  1:24-cv-07032-JGK |
| TAYLOR ANDERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW FORTRESS ENERGY INC., WESLEY ROBERT EDENS, CHRISTOPHER S. GUINTA, and ANDREW DETE, <br><br> Defendants. | Case No.  1:24-cv-08356-JGK |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF IAN LUZIN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Ian Luzin ("Luzin"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Luzin's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Assignment of claims from Natalia Iurtaeva to Luzin;

Exhibit B:    Chart setting forth Luzin's financial interest in this litigation;

Exhibit C:    Press release published via *Globe Newswire* on September 17, 2024, announcing the pendency of the first-filed of the Related Actions;

Exhibit D:    Shareholder Certification executed by Luzin;

Exhibit E:    Declaration executed by Luzin; and

Exhibit F:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 18, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1