# EXHIBIT B

**New Fortress Energy Inc. (NFE)**
**Class Period: December 12, 2022 to August 8, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $10.5004 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | |
| Ian Luzin | 4/8/2024 | 746 | $29.5574 | ($22,050) | | | | | | | |
| Ian Luzin | 4/8/2024 | 100 | $29.6000 | ($2,960) | | | | | | | |
| Ian Luzin | 4/8/2024 | 1,168 | $29.5958 | ($34,568) | | | | | | | |
| Ian Luzin | 4/8/2024 | 490 | $29.6137 | ($14,511) | | | | | | | |
| Ian Luzin | 4/8/2024 | 496 | $29.5642 | ($14,664) | | | | | | | |
| Ian Luzin | 4/8/2024 | 300 | $29.6100 | ($8,883) | | | | | | | |
| Ian Luzin | 4/8/2024 | 100 | $29.5800 | ($2,958) | | | | | | | |
| **Ian Luzin** | | **3,400** | | **($100,593)** | | **0** | | **$0** | **3,400** | **$35,701** | **($64,892)** |
| **Account 2** | | | | | | | | | | | |
| Ian Luzin | 5/8/2024 | 600 | $26.8700 | ($16,122) | | | | | | | |
| Ian Luzin | 5/8/2024 | 6,700 | $26.8700 | ($180,029) | | | | | | | |
| **Ian Luzin** | | **7,300** | | **($196,151)** | | **0** | | **$0** | **7,300** | **$76,653** | **($119,498)** |
| **Account 3** | | | | | | | | | | | |
| **Ian Luzin** | **5/8/2024** | **821** | **$26.8277** | **($22,026)** | | **0** | | **$0** | **821** | **$8,621** | **($13,405)** |
| **Account 4** | | | | | | | | | | | |
| **Ian Luzin** | **5/8/2024** | **3,100** | **$27.2895** | **($84,597)** | | **0** | | **$0** | **3,100** | **$32,551** | **($52,046)** |
| **Ian Luzin** | | **14,621** | | **($403,367)** | | **0** | | **$0** | **14,621** | **$153,526** | **($249,841)** |

*Avg Closing Prices from August 9, 2024 to November 6, 2024