# EXHIBIT C

Case 1:24-cv-07032-JGK    Document 13-3    Filed 11/18/24    Page 2 of 3

 GlobeNewswire
by notified

NEWSROOM    SERVICES    CONTACT US    ENGLISH ⌄    **SIGN IN**    **REGISTER**



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of New Fortress Energy Inc. Securities and Sets a Lead Plaintiff Deadline of November 18, 2024

September 17, 2024 15:30 ET    | Source: **Levi & Korsinsky, LLP**    **Follow**

---

**Company Profile**

Levi & Korsinsky, LLP

Industry: Specialized Consumer Services

Website: https://zlk.com

**Press Release Actions**

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

 f

in

reddit

✉

⊞

NEW YORK, Sept. 17, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of New Fortress Energy Inc. ("New Fortress" or the "Company") (NASDAQ: NFE) between February 29, 2024 and August 8, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Bojdol v. New Fortress Energy Inc. et al.* (Case No. 1:24-cv-07032) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/new-fortress-energy-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

GlobeNewswire
by notified

NEWSROOM    SERVICES    CONTACT US    SIGN IN    REGISTER

growth while simultaneously minimizing the risk involved in New Fortress' plan to have its Fast Liquefied Natural Gas ("LNG") projects fully operational and to increase business growth globally. In reality, New Fortress' Fast LNG projects failed to fulfill the Company's public statements that its FLNG 1 project would be in service by March 2024. Even following the announcement that these delays were costing the Company upwards of $150 million per quarter, defendants continued to tout the speed at which New Fortress was building facilities. Defendants misled investors by providing the public with materially flawed statements of confidence and growth projections that did not account for these variables.

**If you suffered a loss in NFE securities, you have until November 18, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com