# EXHIBIT B

| Client Name | Jack DeCicco |
|---|---|
| Company Name | New Fortress Energy Inc. |
| Ticker Symbol | NFE |
| Security Type | |
| Class Period Start | 12/12/2022 |
| Class Period End | 8/8/2024 |
| 90-DAY Lookback Period Start | 8/9/2024 |
| 90-DAY Lookback Period End | 11/6/2024 |
| 90-DAY Lookback Average | $ 10.50 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $2,926,339.00 |
| DURA LIFO* Total | $2,870,882.24 |
| Gross Shares Purchased | 212,394 |
| Net Shares Retained | -15,656 |
| Net Funds Expended | $2,581,892.66 |

**Jack DeCicco - Account 1**

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-13-2022 | 1241 | 49.8 | $ 61,801.80 | 06-13-2024 | 1241 | | $ 21.99 | $ 27,289.96 | - | - | - | $ 10.50 | | $ 34,511.84 | $ 34,511.84 |
| 12-13-2022 | 2545 | 49.8 | $ 126,741.00 | 06-13-2024 | 2545 | | $ 21.99 | $ 55,965.31 | - | - | - | $ 10.50 | | $ 70,775.69 | $ 70,775.69 |
| 12-13-2022 | 60 | 49.8 | $ 2,988.00 | 06-13-2024 | 60 | | $ 21.99 | $ 1,319.42 | - | - | - | $ 10.50 | | $ 1,668.58 | $ 1,668.58 |
| 12-13-2022 | 289 | 49.8 | $ 14,392.20 | 06-13-2024 | 289 | | $ 21.99 | $ 6,355.20 | - | - | - | $ 10.50 | | $ 8,037.00 | $ 8,037.00 |
| 12-13-2022 | 2892 | 49.8 | $ 144,021.60 | 06-13-2024 | 2892 | | $ 21.99 | $ 63,595.37 | - | - | - | $ 10.50 | | $ 80,426.23 | $ 80,426.23 |
| 12-13-2022 | 3013 | 49.8 | $ 150,047.40 | 06-13-2024 | 3013 | | $ 21.99 | $ 66,256.77 | - | - | - | $ 10.50 | | $ 83,790.63 | $ 83,790.63 |
| 12-15-2022 | 1772 | 44.3 | $ 78,499.60 | 06-13-2024 | 1772 | | $ 21.99 | $ 38,966.46 | - | - | - | $ 10.50 | | $ 39,533.14 | $ 39,533.14 |
| 12-15-2022 | 100 | 44.3 | $ 4,430.00 | 06-13-2024 | 100 | | $ 21.99 | $ 2,199.01 | - | - | - | $ 10.50 | | $ 2,230.99 | $ 2,230.99 |
| 12-15-2022 | 1514 | 44.3 | $ 67,070.20 | 06-13-2024 | 1514 | | $ 21.99 | $ 33,293.01 | - | - | - | $ 10.50 | | $ 33,777.19 | $ 33,777.19 |
| 12-16-2022 | 624 | 43.9 | $ 27,393.60 | 06-13-2024 | 624 | | $ 21.96 | $ 13,703.10 | - | - | - | $ 10.50 | | $ 13,690.50 | $ 13,690.50 |
| 12-16-2022 | 3376 | 43.9 | $ 148,206.40 | 06-13-2024 | 3376 | | $ 21.99 | $ 74,238.58 | - | - | - | $ 10.50 | | $ 73,967.82 | $ 73,967.82 |
| 12-16-2022 | 135 | 43.9 | $ 5,926.50 | 06-13-2024 | 135 | | $ 21.96 | $ 2,964.61 | - | - | - | $ 10.50 | | $ 2,961.89 | $ 2,961.89 |
| 12-16-2022 | 200 | 43.9 | $ 8,780.00 | 06-13-2024 | 200 | | $ 21.96 | $ 4,392.02 | - | - | - | $ 10.50 | | $ 4,387.98 | $ 4,387.98 |
| 12-16-2022 | 90 | 43.9 | $ 3,951.00 | 06-13-2024 | 90 | | $ 21.96 | $ 1,976.41 | - | - | - | $ 10.50 | | $ 1,974.59 | $ 1,974.59 |
| 12-16-2022 | 200 | 43.9 | $ 8,780.00 | 06-13-2024 | 200 | | $ 21.96 | $ 4,392.02 | - | - | - | $ 10.50 | | $ 4,387.98 | $ 4,387.98 |
| 12-16-2022 | 100 | 43.9 | $ 4,390.00 | 06-13-2024 | 100 | | $ 21.96 | $ 2,196.01 | - | - | - | $ 10.50 | | $ 2,193.99 | $ 2,193.99 |
| 12-16-2022 | 100 | 43.9 | $ 4,390.00 | 06-13-2024 | 100 | | $ 21.96 | $ 2,196.01 | - | - | - | $ 10.50 | | $ 2,193.99 | $ 2,193.99 |
| 12-16-2022 | 193 | 43.9 | $ 8,472.70 | 06-13-2024 | 193 | | $ 21.96 | $ 4,238.30 | - | - | - | $ 10.50 | | $ 4,234.40 | $ 4,234.40 |
| 12-16-2022 | 400 | 43.9 | $ 17,560.00 | 06-13-2024 | 400 | | $ 21.96 | $ 8,784.04 | - | - | - | $ 10.50 | | $ 8,775.96 | $ 8,775.96 |
| 12-16-2022 | 200 | 43.9 | $ 8,780.00 | 06-13-2024 | 200 | | $ 21.96 | $ 4,392.02 | - | - | - | $ 10.50 | | $ 4,387.98 | $ 4,387.98 |
| 12-16-2022 | 76 | 43.9 | $ 3,336.40 | 06-13-2024 | 76 | | $ 21.96 | $ 1,668.97 | - | - | - | $ 10.50 | | $ 1,667.43 | $ 1,667.43 |
| 12-19-2022 | 2586 | 43.02 | $ 111,249.72 | 06-13-2024 | 2586 | | $ 21.97 | $ 56,814.68 | - | - | - | $ 10.50 | | $ 54,435.04 | $ 54,435.04 |
| 12-19-2022 | 5636 | 43.02 | $ 242,460.72 | 06-13-2024 | 5636 | | $ 21.96 | $ 123,767.12 | - | - | - | $ 10.50 | | $ 118,693.60 | $ 118,693.60 |
| 12-19-2022 | 974 | 43.02 | $ 41,901.48 | 06-13-2024 | 974 | | $ 21.97 | $ 21,398.88 | - | - | - | $ 10.50 | | $ 20,502.60 | $ 20,502.60 |
| 12-19-2022 | 61 | 43.02 | $ 2,624.22 | 06-13-2024 | 61 | | $ 21.97 | $ 1,340.18 | - | - | - | $ 10.50 | | $ 1,284.04 | $ 1,284.04 |
| 12-19-2022 | 2265 | 43.02 | $ 97,440.30 | 06-13-2024 | 2265 | | $ 21.97 | $ 49,762.28 | - | - | - | $ 10.50 | | $ 47,678.02 | $ 47,678.02 |
| 12-19-2022 | 100 | 43.01 | $ 4,301.00 | 06-13-2024 | 100 | | $ 21.97 | $ 2,197.01 | - | - | - | $ 10.50 | | $ 2,103.99 | $ 2,103.99 |
| 12-19-2022 | 6445 | 43.5 | $ 280,357.50 | 06-13-2024 | 6445 | | $ 21.97 | $ 141,594.07 | - | - | - | $ 10.50 | | $ 138,763.43 | $ 138,763.43 |
| 12-19-2022 | 1655 | 43.5 | $ 71,992.50 | 06-13-2024 | 1655 | | $ 21.97 | $ 36,360.52 | - | - | - | $ 10.50 | | $ 35,631.98 | $ 35,631.98 |
| 12-19-2022 | 84 | 43.5 | $ 3,654.00 | 06-13-2024 | 84 | | $ 21.97 | $ 1,845.45 | - | - | - | $ 10.50 | | $ 1,808.55 | $ 1,808.55 |
| 12-19-2022 | 278 | 43.5 | $ 12,093.00 | 06-13-2024 | 278 | | $ 21.97 | $ 6,107.55 | - | - | - | $ 10.50 | | $ 5,985.45 | $ 5,985.45 |
| 12-19-2022 | 2173 | 43.5 | $ 94,525.50 | 06-13-2024 | 2173 | | $ 22.40 | $ 48,675.42 | - | - | - | $ 10.50 | | $ 45,850.08 | $ 45,850.08 |
| 12-19-2022 | 859 | 43.5 | $ 37,366.50 | 06-13-2024 | 859 | | $ 21.97 | $ 18,871.89 | - | - | - | $ 10.50 | | $ 18,494.61 | $ 18,494.61 |
| 12-28-2022 | 2356 | 40.15 | $ 94,593.40 | 06-11-2024 | 2356 | | $ 22.36 | $ 52,685.11 | - | - | - | $ 10.50 | | $ 41,908.29 | $ 41,908.29 |
| 12-28-2022 | 6444 | 40.15 | $ 258,726.60 | 06-11-2024 | 6444 | | $ 22.40 | $ 144,346.24 | - | - | - | $ 10.50 | | $ 114,380.36 | $ 114,380.36 |
| 12-28-2022 | 3653 | 40.15 | $ 146,667.95 | 06-11-2024 | 3653 | | $ 22.36 | $ 81,688.75 | - | - | - | $ 10.50 | | $ 64,979.20 | $ 64,979.20 |
| 01-09-2023 | 946 | 38.95 | $ 36,846.70 | 06-11-2024 | 946 | | $ 22.34 | $ 21,137.99 | - | - | - | $ 10.50 | | $ 15,708.71 | $ 15,708.71 |
| 01-09-2023 | 2754 | 38.95 | $ 107,268.30 | 06-11-2024 | 2754 | | $ 22.36 | $ 61,585.22 | - | - | - | $ 10.50 | | $ 45,683.08 | $ 45,683.08 |
| 01-09-2023 | 1478 | 38.95 | $ 57,568.10 | 06-11-2024 | 1478 | | $ 22.34 | $ 33,025.32 | - | - | - | $ 10.50 | | $ 24,542.78 | $ 24,542.78 |
| 01-09-2023 | 248 | 38.95 | $ 9,659.60 | 06-11-2024 | 248 | | $ 22.34 | $ 5,541.46 | - | - | - | $ 10.50 | | $ 4,118.14 | $ 4,118.14 |
| 01-09-2023 | 2276 | 38.95 | $ 88,650.20 | 06-11-2024 | 2276 | | $ 22.34 | $ 50,856.31 | - | - | - | $ 10.50 | | $ 37,793.89 | $ 37,793.89 |
| 01-11-2023 | 2 | 39.06 | $ 78.12 | 06-11-2024 | 2 | | $ 22.34 | $ 44.69 | - | - | - | $ 10.50 | | $ 33.43 | $ 33.43 |
| 01-11-2023 | 39 | 39.06 | $ 1,523.34 | 06-11-2024 | 39 | | $ 22.34 | $ 871.44 | - | - | - | $ 10.50 | | $ 651.90 | $ 651.90 |
| 01-11-2023 | 3938 | 39.06 | $ 153,818.28 | 06-11-2024 | 3938 | | $ 22.32 | $ 87,902.85 | - | - | - | $ 10.50 | | $ 65,915.43 | $ 65,915.43 |
| 01-11-2023 | 2423 | 39.06 | $ 94,642.38 | 06-11-2024 | 2423 | | $ 22.34 | $ 54,140.97 | - | - | - | $ 10.50 | | $ 40,501.41 | $ 40,501.41 |
| 01-12-2023 | 69 | 40.13 | $ 2,768.97 | 06-11-2024 | 69 | | $ 22.32 | $ 1,540.20 | - | - | - | $ 10.50 | | $ 1,228.77 | $ 1,228.77 |
| 01-12-2023 | 152 | 40.13 | $ 6,099.76 | 06-11-2024 | 152 | | $ 22.32 | $ 3,392.90 | - | - | - | $ 10.50 | | $ 2,706.86 | $ 2,706.86 |
| 01-12-2023 | 89 | 40.13 | $ 3,571.57 | 06-11-2024 | 89 | | $ 22.32 | $ 1,986.63 | - | - | - | $ 10.50 | | $ 1,584.94 | $ 1,584.94 |
| 01-12-2023 | 700 | 40.13 | $ 28,091.00 | 06-11-2024 | 700 | | $ 22.32 | $ 15,625.19 | - | - | - | $ 10.50 | | $ 12,465.81 | $ 12,465.81 |
| 01-12-2023 | 11 | 40.13 | $ 441.43 | 06-11-2024 | 11 | | $ 22.32 | $ 245.54 | - | - | - | $ 10.50 | | $ 195.89 | $ 195.89 |
| 01-13-2023 | 1874 | 38.78 | $ 72,673.72 | 06-11-2024 | 1874 | | $ 22.32 | $ 41,830.87 | - | - | - | $ 10.50 | | $ 30,842.85 | $ 30,842.85 |
| 01-13-2023 | 201 | 38.78 | $ 7,794.78 | 06-11-2024 | 201 | | $ 22.32 | $ 4,486.66 | - | - | - | $ 10.50 | | $ 3,308.12 | $ 3,308.12 |
| 01-13-2023 | 99 | 38.78 | $ 3,839.22 | 06-11-2024 | 99 | | $ 22.32 | $ 2,209.85 | - | - | - | $ 10.50 | | $ 1,629.37 | $ 1,629.37 |
| 01-13-2023 | 2525 | 39.33 | $ 99,308.25 | 06-11-2024 | 2525 | | $ 22.33 | $ 56,381.74 | - | - | - | $ 10.50 | | $ 42,926.52 | $ 42,926.52 |
| 01-13-2023 | 2330 | 39.33 | $ 91,638.90 | 06-11-2024 | 2330 | | $ 22.32 | $ 52,009.56 | - | - | - | $ 10.50 | | $ 39,629.34 | $ 39,629.34 |
| 01-13-2023 | 64 | 39.33 | $ 2,517.12 | 06-11-2024 | 64 | | $ 22.33 | $ 1,429.08 | - | - | - | $ 10.50 | | $ 1,088.04 | $ 1,088.04 |
| 01-13-2023 | 225 | 39.33 | $ 8,849.25 | 06-11-2024 | 225 | | $ 22.33 | $ 5,024.12 | - | - | - | $ 10.50 | | $ 3,825.14 | $ 3,825.14 |
| 01-13-2023 | 11 | 39.33 | $ 432.63 | 06-11-2024 | 11 | | $ 22.33 | $ 245.62 | - | - | - | $ 10.50 | | $ 187.01 | $ 187.01 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-13-2023 | 190 | 39.33 | $ 7,472.70 | 06-11-2024 | 190 | 22.33 | $ 4,242.59 | - | - | - | $ 10.50 | $ 3,230.11 | $ 3,230.11 |
| 01-13-2023 | 110 | 39.33 | $ 4,326.30 | 06-11-2024 | 110 | 22.33 | $ 2,456.23 | - | - | - | $ 10.50 | $ 1,870.07 | $ 1,870.07 |
| 01-13-2023 | 100 | 39.33 | $ 3,933.00 | 06-11-2024 | 100 | 22.33 | $ 2,232.94 | - | - | - | $ 10.50 | $ 1,700.06 | $ 1,700.06 |
| 01-13-2023 | 200 | 39.33 | $ 7,866.00 | 06-11-2024 | 200 | 22.33 | $ 4,465.88 | - | - | - | $ 10.50 | $ 3,400.12 | $ 3,400.12 |
| 01-13-2023 | 289 | 39.33 | $ 11,366.37 | 06-11-2024 | 289 | 22.33 | $ 6,453.20 | - | - | - | $ 10.50 | $ 4,913.17 | $ 4,913.17 |
| 01-13-2023 | 11 | 39.33 | $ 432.63 | 06-11-2024 | 11 | 22.33 | $ 245.62 | - | - | - | $ 10.50 | $ 187.01 | $ 187.01 |
| 01-13-2023 | 183 | 39.67 | $ 7,259.61 | 06-07-2024 | 183 | 23.46 | $ 4,293.18 | - | - | - | $ 10.50 | $ 2,966.43 | $ 2,966.43 |
| 01-13-2023 | 4918 | 39.67 | $ 195,097.06 | 06-11-2024 | 4918 | 22.33 | $ 109,815.99 | - | - | - | $ 10.50 | $ 85,281.07 | $ 85,281.07 |
| 01-13-2023 | 100 | 39.67 | $ 3,967.00 | 06-11-2024 | 100 | 23.46 | $ 2,346.00 | - | - | - | $ 10.50 | $ 1,621.00 | $ 1,621.00 |
| 01-13-2023 | 200 | 39.67 | $ 7,934.00 | 06-07-2024 | 200 | 23.46 | $ 4,692.00 | - | - | - | $ 10.50 | $ 3,242.00 | $ 3,242.00 |
| 01-13-2023 | 299 | 39.67 | $ 11,861.33 | 06-07-2024 | 299 | 23.46 | $ 7,014.54 | - | - | - | $ 10.50 | $ 4,846.79 | $ 4,846.79 |
| 01-13-2023 | 1 | 39.67 | $ 39.67 | 06-07-2024 | 1 | 23.46 | $ 23.46 | - | - | - | $ 10.50 | $ 16.21 | $ 16.21 |
| 01-13-2023 | 100 | 39.67 | $ 3,967.00 | 06-07-2024 | 100 | 23.46 | $ 2,346.00 | - | - | - | $ 10.50 | $ 1,621.00 | $ 1,621.00 |
| 01-13-2023 | 200 | 39.67 | $ 7,934.00 | 06-07-2024 | 200 | 23.46 | $ 4,692.00 | - | - | - | $ 10.50 | $ 3,242.00 | $ 3,242.00 |
| 01-13-2023 | 300 | 39.67 | $ 11,901.00 | 06-07-2024 | 300 | 23.46 | $ 7,038.00 | - | - | - | $ 10.50 | $ 4,863.00 | $ 4,863.00 |
| 01-17-2023 | 5700 | 37.15 | $ 211,755.00 | 06-07-2024 | 5700 | 23.46 | $ 133,722.00 | - | - | - | $ 10.50 | $ 78,033.00 | $ 78,033.00 |
| 01-17-2023 | 993 | 37.15 | $ 36,889.95 | 06-07-2024 | 993 | 23.45 | $ 23,285.95 | - | - | - | $ 10.50 | $ 13,604.00 | $ 13,604.00 |
| 01-17-2023 | 1382 | 37.15 | $ 51,341.30 | 06-07-2024 | 1382 | 23.46 | $ 32,421.72 | - | - | - | $ 10.50 | $ 18,919.58 | $ 18,919.58 |
| 01-19-2023 | 389 | 33.79 | $ 13,144.31 | 06-07-2024 | 389 | 23.27 | $ 9,052.07 | - | - | - | $ 10.50 | $ 4,092.24 | $ 4,092.24 |
| 01-19-2023 | 1141 | 33.79 | $ 38,554.39 | 06-07-2024 | 1141 | 23.48 | $ 26,790.68 | - | - | - | $ 10.50 | $ 11,763.71 | $ 11,763.71 |
| 01-19-2023 | 8470 | 33.79 | $ 286,201.30 | 06-07-2024 | 8470 | 23.45 | $ 198,622.35 | - | - | - | $ 10.50 | $ 87,578.95 | $ 87,578.95 |
| 01-19-2023 | 479 | 34.95 | $ 16,741.05 | 06-07-2024 | 479 | 23.25 | $ 11,136.80 | - | - | - | $ 10.50 | $ 5,604.25 | $ 5,604.25 |
| 01-19-2023 | 7921 | 34.95 | $ 276,838.95 | 06-07-2024 | 7921 | 23.27 | $ 184,322.46 | - | - | - | $ 10.50 | $ 92,516.49 | $ 92,516.49 |
| 01-19-2023 | 450 | 34.95 | $ 15,727.50 | 06-07-2024 | 450 | 23.25 | $ 10,462.55 | - | - | - | $ 10.50 | $ 5,264.96 | $ 5,264.96 |
| 01-19-2023 | 225 | 34.95 | $ 7,863.75 | 06-07-2024 | 225 | 23.25 | $ 5,231.27 | - | - | - | $ 10.50 | $ 2,632.48 | $ 2,632.48 |
| 01-19-2023 | 99 | 34.95 | $ 3,460.05 | 06-07-2024 | 99 | 23.25 | $ 2,301.76 | - | - | - | $ 10.50 | $ 1,158.29 | $ 1,158.29 |
| 01-19-2023 | 387 | 34.95 | $ 13,525.65 | 06-07-2024 | 387 | 23.25 | $ 8,997.79 | - | - | - | $ 10.50 | $ 4,527.86 | $ 4,527.86 |
| 01-19-2023 | 75 | 34.95 | $ 2,621.25 | 06-07-2024 | 75 | 23.25 | $ 1,743.76 | - | - | - | $ 10.50 | $ 877.49 | $ 877.49 |
| 01-19-2023 | 1039 | 34.95 | $ 36,313.05 | 06-07-2024 | 1039 | 23.25 | $ 24,156.85 | - | - | - | $ 10.50 | $ 12,156.20 | $ 12,156.20 |
| 01-19-2023 | 150 | 34.95 | $ 5,242.50 | 06-07-2024 | 150 | 23.25 | $ 3,487.52 | - | - | - | $ 10.50 | $ 1,754.99 | $ 1,754.99 |
| 01-19-2023 | 675 | 34.95 | $ 23,591.25 | 06-07-2024 | 675 | 23.25 | $ 15,693.82 | - | - | - | $ 10.50 | $ 7,897.43 | $ 7,897.43 |
| 01-19-2023 | 500 | 34.95 | $ 17,475.00 | 06-07-2024 | 500 | 23.25 | $ 11,625.05 | - | - | - | $ 10.50 | $ 5,849.95 | $ 5,849.95 |
| 01-26-2023 | 1614 | 36.5 | $ 58,911.00 | 06-07-2024 | 1614 | 23.28 | $ 37,574.08 | - | - | - | $ 10.50 | $ 21,336.92 | $ 21,336.92 |
| 01-26-2023 | 5386 | 36.5 | $ 196,589.00 | 06-07-2024 | 5386 | 23.25 | $ 125,225.04 | - | - | - | $ 10.50 | $ 71,363.96 | $ 71,363.96 |
| 01-26-2023 | 1526 | 36.5 | $ 55,699.00 | 06-07-2024 | 1526 | 23.28 | $ 35,525.43 | - | - | - | $ 10.50 | $ 20,173.57 | $ 20,173.57 |
| 01-26-2023 | 574 | 36.5 | $ 20,951.00 | 06-07-2024 | 574 | 23.28 | $ 13,362.78 | - | - | - | $ 10.50 | $ 7,588.22 | $ 7,588.22 |
| 01-26-2023 | 900 | 36.5 | $ 32,850.00 | 06-07-2024 | 900 | 23.28 | $ 20,952.09 | - | - | - | $ 10.50 | $ 11,897.91 | $ 11,897.91 |
| 01-27-2023 | 6872 | 38.33 | $ 263,403.76 | 06-07-2024 | 6872 | 23.34 | $ 160,393.17 | - | - | - | $ 10.50 | $ 103,010.59 | $ 103,010.59 |
| 01-27-2023 | 1928 | 38.33 | $ 73,900.24 | 06-07-2024 | 1928 | 23.28 | $ 44,884.03 | - | - | - | $ 10.50 | $ 29,016.21 | $ 29,016.21 |
| 01-27-2023 | 2012 | 38.33 | $ 77,119.96 | 06-07-2024 | 2012 | 23.33 | $ 46,940.16 | - | - | - | $ 10.50 | $ 30,179.80 | $ 30,179.80 |
| 01-27-2023 | 1688 | 38.33 | $ 64,701.04 | 06-07-2024 | 1688 | 23.34 | $ 39,398.09 | - | - | - | $ 10.50 | $ 25,302.95 | $ 25,302.95 |
| 01-30-2023 | 1375 | 37.15 | $ 51,081.25 | 06-07-2024 | 1375 | 23.72 | $ 32,615.14 | - | - | - | $ 10.50 | $ 18,466.11 | $ 18,466.11 |
| 01-30-2023 | 7425 | 37.15 | $ 275,838.75 | 06-07-2024 | 7425 | 23.33 | $ 173,225.99 | - | - | - | $ 10.50 | $ 102,612.76 | $ 102,612.76 |
| 01-30-2023 | 1508 | 37.15 | $ 56,022.20 | 06-05-2024 | 1508 | 23.72 | $ 35,769.91 | - | - | - | $ 10.50 | $ 20,252.29 | $ 20,252.29 |
| 01-30-2023 | 300 | 37.15 | $ 11,145.00 | 06-05-2024 | 300 | 23.72 | $ 7,116.03 | - | - | - | $ 10.50 | $ 4,028.97 | $ 4,028.97 |
| 01-30-2023 | 42 | 37.15 | $ 1,560.30 | 06-05-2024 | 42 | 23.72 | $ 996.24 | - | - | - | $ 10.50 | $ 564.06 | $ 564.06 |
| 01-30-2023 | 168 | 37.15 | $ 6,241.20 | 06-05-2024 | 168 | 23.72 | $ 3,984.98 | - | - | - | $ 10.50 | $ 2,256.22 | $ 2,256.22 |
| 01-30-2023 | 7 | 37.15 | $ 260.05 | 06-05-2024 | 7 | 23.72 | $ 166.04 | - | - | - | $ 10.50 | $ 94.01 | $ 94.01 |
| 01-30-2023 | 200 | 37.15 | $ 7,430.00 | 06-05-2024 | 200 | 23.72 | $ 4,744.02 | - | - | - | $ 10.50 | $ 2,685.98 | $ 2,685.98 |
| 01-30-2023 | 223 | 37.15 | $ 8,284.45 | 06-05-2024 | 223 | 23.72 | $ 5,289.58 | - | - | - | $ 10.50 | $ 2,994.87 | $ 2,994.87 |
| 01-30-2023 | 900 | 37.15 | $ 33,435.00 | 06-05-2024 | 900 | 23.72 | $ 21,348.09 | - | - | - | $ 10.50 | $ 12,086.91 | $ 12,086.91 |
| 01-30-2023 | 50 | 37.15 | $ 1,857.50 | 06-05-2024 | 50 | 23.72 | $ 1,186.01 | - | - | - | $ 10.50 | $ 671.50 | $ 671.50 |
| 01-30-2023 | 200 | 37.145 | $ 7,429.00 | 06-05-2024 | 200 | 23.72 | $ 4,744.02 | - | - | - | $ 10.50 | $ 2,684.98 | $ 2,684.98 |
| 01-30-2023 | 100 | 37.14 | $ 3,714.00 | 06-05-2024 | 100 | 23.72 | $ 2,372.01 | - | - | - | $ 10.50 | $ 1,341.99 | $ 1,341.99 |
| 01-30-2023 | 2 | 37.14 | $ 74.28 | 06-05-2024 | 2 | 23.72 | $ 47.44 | - | - | - | $ 10.50 | $ 26.84 | $ 26.84 |
| 02-17-2023 | 1939 | 37.6 | $ 72,906.40 | 06-05-2024 | 1939 | 23.75 | $ 46,041.94 | - | - | - | $ 10.50 | $ 26,864.46 | $ 26,864.46 |
| 02-17-2023 | 2059 | 37.6 | $ 77,418.40 | 06-05-2024 | 2059 | 23.72 | $ 48,839.69 | - | - | - | $ 10.50 | $ 28,578.71 | $ 28,578.71 |
| 02-17-2023 | 1 | 37.6 | $ 37.60 | 06-05-2024 | 1 | 23.75 | $ 23.75 | - | - | - | $ 10.50 | $ 13.85 | $ 13.85 |
| 02-17-2023 | 100 | 37.6 | $ 3,760.00 | 06-05-2024 | 100 | 23.75 | $ 2,374.52 | - | - | - | $ 10.50 | $ 1,385.48 | $ 1,385.48 |
| 02-17-2023 | 228 | 37.6 | $ 8,572.80 | 06-05-2024 | 228 | 23.75 | $ 5,413.91 | - | - | - | $ 10.50 | $ 3,158.89 | $ 3,158.89 |
| 02-17-2023 | 3 | 37.6 | $ 112.80 | 06-05-2024 | 3 | 23.75 | $ 71.24 | - | - | - | $ 10.50 | $ 41.56 | $ 41.56 |
| 02-17-2023 | 49 | 37.6 | $ 1,842.40 | 06-05-2024 | 49 | 23.75 | $ 1,163.51 | - | - | - | $ 10.50 | $ 678.89 | $ 678.89 |
| 02-17-2023 | 100 | 37.6 | $ 3,760.00 | 06-05-2024 | 100 | 23.75 | $ 2,374.52 | - | - | - | $ 10.50 | $ 1,385.48 | $ 1,385.48 |
| 02-17-2023 | 100 | 37.6 | $ 3,760.00 | 06-05-2024 | 100 | 23.75 | $ 2,374.52 | - | - | - | $ 10.50 | $ 1,385.48 | $ 1,385.48 |
| 02-17-2023 | 15 | 37.6 | $ 564.00 | 06-05-2024 | 15 | 23.75 | $ 356.18 | - | - | - | $ 10.50 | $ 207.82 | $ 207.82 |
| 02-17-2023 | 5400 | 37.6 | $ 203,040.00 | 06-05-2024 | 5400 | 23.75 | $ 128,224.08 | - | - | - | $ 10.50 | $ 74,815.92 | $ 74,815.92 |
| 02-17-2023 | 6 | 37.6 | $ 225.60 | 06-05-2024 | 6 | 23.75 | $ 142.47 | - | - | - | $ 10.50 | $ 83.13 | $ 83.13 |
| 03-01-2023 | 521 | 30.3 | $ 15,786.30 | 06-05-2024 | 521 | 23.75 | $ 12,375.52 | - | - | - | $ 10.50 | $ 3,410.78 | $ 3,410.78 |
| 03-01-2023 | 1902 | 30.3 | $ 57,630.60 | 06-05-2024 | 1902 | 23.75 | $ 45,163.37 | - | - | - | $ 10.50 | $ 12,467.23 | $ 12,467.23 |
| 03-01-2023 | 577 | 30.3 | $ 17,483.10 | 06-05-2024 | 577 | 23.75 | $ 13,705.71 | - | - | - | $ 10.50 | $ 3,777.39 | $ 3,777.39 |
| 03-01-2023 | 4696 | 30.3 | $ 142,288.80 | 06-05-2024 | 4696 | 23.84 | $ 111,953.11 | - | - | - | $ 10.50 | $ 30,335.69 | $ 30,335.69 |
| 03-01-2023 | 7364 | 30.3 | $ 223,129.20 | 06-05-2024 | 7364 | 23.75 | $ 174,920.04 | - | - | - | $ 10.50 | $ 48,209.16 | $ 48,209.16 |
| 03-01-2023 | 30 | 30.3 | $ 909.00 | 06-05-2024 | 30 | 23.84 | $ 715.20 | - | - | - | $ 10.50 | $ 193.80 | $ 193.80 |
| 03-01-2023 | 30 | 30.3 | $ 909.00 | 06-05-2024 | 30 | 23.84 | $ 715.20 | - | - | - | $ 10.50 | $ 193.80 | $ 193.80 |
| 03-01-2023 | 175 | 33.12 | $ 5,796.00 | 06-05-2024 | 175 | 23.84 | $ 4,172.02 | - | - | - | $ 10.50 | $ 1,623.98 | $ 1,623.98 |
| 03-01-2023 | 100 | 33.12 | $ 3,312.00 | 06-05-2024 | 100 | 23.84 | $ 2,384.01 | - | - | - | $ 10.50 | $ 927.99 | $ 927.99 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-01-2023 | 100 | 33.12 | $3,312.00 | 06-05-2024 | 100 | | $23.84 | $2,384.01 | - | - | - | $10.50 | | $927.99 | $927.99 |
| 03-01-2023 | 200 | 33.12 | $6,624.00 | 06-05-2024 | 200 | | $23.84 | $4,768.02 | - | - | - | $10.50 | | $1,855.98 | $1,855.98 |
| 03-01-2023 | 100 | 33.12 | $3,312.00 | 06-05-2024 | 100 | | $23.84 | $2,384.01 | - | - | - | $10.50 | | $927.99 | $927.99 |
| 03-01-2023 | 100 | 33.12 | $3,312.00 | 06-05-2024 | 100 | | $23.84 | $2,384.01 | - | - | - | $10.50 | | $927.99 | $927.99 |
| 03-01-2023 | 200 | 33.12 | $6,624.00 | 06-05-2024 | 200 | | $23.84 | $4,768.02 | - | - | - | $10.50 | | $1,855.98 | $1,855.98 |
| 03-01-2023 | 100 | 33.12 | $3,312.00 | 06-05-2024 | 100 | | $23.84 | $2,384.01 | - | - | - | $10.50 | | $927.99 | $927.99 |
| 03-01-2023 | 8 | 33.12 | $264.96 | 06-05-2024 | 8 | | $23.84 | $190.72 | - | - | - | $10.50 | | $74.24 | $74.24 |
| 03-01-2023 | 100 | 30.3 | $3,030.00 | 04-10-2023 | 100 | | $28.67 | $2,867.00 | - | - | - | $10.50 | | $163.00 | |
| 03-01-2023 | 4467 | 30.3 | $135,350.10 | 05-30-2024 | 4467 | | $24.33 | $108,682.11 | - | - | - | $10.50 | | $26,667.99 | $26,667.99 |
| 03-01-2023 | 605 | 30.3 | $18,331.50 | 06-05-2024 | 605 | | $23.84 | $14,423.26 | - | - | - | $10.50 | | $3,908.24 | $3,908.24 |
| 05-26-2023 | 4702 | 25.75 | $121,076.50 | 05-30-2024 | 4702 | | $24.65 | $115,904.30 | - | - | - | $10.50 | | $5,172.20 | $5,172.20 |
| 05-26-2023 | 5298 | 25.75 | $136,423.50 | 05-30-2024 | 5298 | | $24.33 | $128,900.34 | - | - | - | $10.50 | | $7,523.16 | $7,523.16 |
| 10-04-2023 | 350 | 28.8985 | $10,114.48 | 05-29-2024 | 350 | | $24.49 | $8,571.50 | - | - | - | $10.50 | | $1,542.98 | $1,542.98 |
| 10-04-2023 | 1000 | 28.8985 | $28,898.50 | 05-29-2024 | 1000 | | $24.44 | $24,440.00 | - | - | - | $10.50 | | $4,458.50 | $4,458.50 |
| 10-04-2023 | 1000 | 28.8985 | $28,898.50 | 05-29-2024 | 1000 | | $24.46 | $24,460.00 | - | - | - | $10.50 | | $4,438.50 | $4,438.50 |
| 10-04-2023 | 1000 | 28.8985 | $28,898.50 | 05-29-2024 | 1000 | | $24.41 | $24,410.00 | - | - | - | $10.50 | | $4,488.50 | $4,488.50 |
| 10-04-2023 | 1000 | 28.8985 | $28,898.50 | 05-29-2024 | 1000 | | $24.43 | $24,430.00 | - | - | - | $10.50 | | $4,468.50 | $4,468.50 |
| 10-04-2023 | 1000 | 28.8985 | $28,898.50 | 05-29-2024 | 1000 | | $24.44 | $24,440.00 | - | - | - | $10.50 | | $4,458.50 | $4,458.50 |
| 10-04-2023 | 1000 | 28.8985 | $28,898.50 | 05-29-2024 | 1000 | | $24.40 | $24,400.00 | - | - | - | $10.50 | | $4,498.50 | $4,498.50 |
| 10-04-2023 | 3650 | 28.8985 | $105,479.53 | 05-30-2024 | 3650 | | $24.65 | $89,972.50 | - | - | - | $10.50 | | $15,507.03 | $15,507.03 |
| 03-18-2024 | 3400 | 30.15 | $102,510.00 | 05-24-2024 | 3400 | | $25.03 | $85,102.00 | - | - | - | $10.50 | | $17,408.00 | |
| 03-18-2024 | 1600 | 30.15 | $48,240.00 | 05-29-2024 | 1600 | | $24.49 | $39,184.00 | - | - | - | $10.50 | | $9,056.00 | |
| 03-18-2024 | 3400 | 30.45 | $103,530.00 | 05-24-2024 | 3400 | | $25.05 | $85,170.00 | - | - | - | $10.50 | | $18,360.00 | |
| 03-18-2024 | 1600 | 30.45 | $48,720.00 | 05-24-2024 | 1600 | | $25.03 | $40,048.00 | - | - | - | $10.50 | | $8,672.00 | |
| 05-16-2024 | 1600 | 26.1736 | $41,877.76 | 05-24-2024 | 1600 | | $25.05 | $40,080.00 | - | - | - | $10.50 | | $1,797.76 | |
| Matched against pre class period holdings | | | | 06-13-2024 | 435 | | $21.99 | $9,565.78 | - | - | - | $10.50 | | | |
| Matched against pre class period holdings | | | | 06-13-2024 | 6759 | | $21.99 | $148,631.09 | - | - | - | $10.50 | | | |
| Matched against pre class period holdings | | | | 06-13-2024 | 8462 | | $22.01 | $186,249.47 | - | - | - | $10.50 | | | |
| **Total:** | **212,394** | | **$7,847,215.63** | | **228,050** | | | **$5,265,322.97** | | | | | | **$2,926,339.00** | **$2,870,882.24** |

| | |
|---|---|
| **Client Name** | Jack DeCicco |
| **Company Name** | New Fortress Energy Inc. |
| **Ticker Symbol** | NFE |
| **Security Type** | |
| **Class Period Start** | 12/12/2022 |
| **Class Period End** | 8/8/2024 |
| **90-DAY Lookback Period Start** | 8/9/2024 |
| **90-DAY Lookback Period End** | 11/6/2024 |
| **90-DAY Lookback Average** | $ 10.54 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $142,053.86 |
| DURA LIFO* Total | $141,536.41 |
| Gross Shares Purchased | 17,221 |
| Net Shares Retained | -3,861 |
| Net Funds Expended | $64,871.31 |

### Jack DeCicco - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 01-09-2023 | 90 | 38.97 | $3,507.30 | 07-02-2024 | 90 | | $19.99 | $1,799.13 | - | - | - | $10.50 | | $1,708.17 | $1,708.17 |
| 01-17-2023 | 3 | 36.99 | $110.97 | 07-02-2024 | 3 | | $19.99 | $59.97 | - | - | - | $10.50 | | $51.00 | $51.00 |
| 01-17-2023 | 225 | 36.99 | $8,322.75 | 07-02-2024 | 225 | | $19.99 | $4,497.82 | - | - | - | $10.50 | | $3,824.93 | $3,824.93 |
| 01-17-2023 | 85 | 36.99 | $3,144.15 | 07-02-2024 | 85 | | $19.99 | $1,699.18 | - | - | - | $10.50 | | $1,444.97 | $1,444.97 |
| 04-14-2023 | 117 | 30.5 | $3,568.50 | 07-02-2024 | 117 | | $19.99 | $2,338.87 | - | - | - | $10.50 | | $1,229.63 | $1,229.63 |
| 05-17-2023 | 1195 | 27.85 | $33,280.75 | 07-02-2024 | 1195 | | $19.99 | $23,888.41 | - | - | - | $10.50 | | $9,392.34 | $9,392.34 |
| 06-30-2023 | 7012 | 26.68 | $187,080.16 | 07-02-2024 | 7012 | | $19.96 | $139,929.37 | - | - | - | $10.50 | | $47,150.79 | $47,150.79 |
| 06-30-2023 | 2988 | 26.68 | $79,719.84 | 07-02-2024 | 2988 | | $19.99 | $59,731.02 | - | - | - | $10.50 | | $19,988.82 | $19,988.82 |
| 07-06-2023 | 3215 | 26.26 | $84,425.90 | 07-02-2024 | 3215 | | $19.96 | $64,157.58 | - | - | - | $10.50 | | $20,268.32 | $20,268.32 |
| 10-02-2023 | 57 | 31.15 | $1,775.55 | 07-02-2024 | 57 | | $19.96 | $1,137.47 | - | - | - | $10.50 | | $638.08 | $638.08 |
| 11-06-2023 | 3 | 28.75 | $86.25 | 07-02-2024 | 3 | | $19.96 | $59.87 | - | - | - | $10.50 | | $26.38 | $26.38 |
| 12-18-2023 | 927 | 37.75 | $34,994.25 | 07-02-2024 | 927 | | $19.96 | $18,498.93 | - | - | - | $10.50 | | $16,495.32 | $16,495.32 |
| 12-20-2023 | 947 | 36.127 | $34,212.27 | 07-02-2024 | 947 | | $19.96 | $18,898.05 | - | - | - | $10.50 | | $15,314.22 | $15,314.22 |
| 12-20-2023 | 70 | 36.1 | $2,527.00 | 07-02-2024 | 70 | | $19.96 | $1,396.90 | - | - | - | $10.50 | | $1,130.10 | $1,130.10 |
| 01-10-2024 | 53 | 36.37 | $1,927.61 | 07-02-2024 | 53 | | $19.96 | $1,057.65 | - | - | - | $10.50 | | $869.96 | $869.96 |
| 01-18-2024 | 88 | 34.35 | $3,022.80 | 07-02-2024 | 88 | | $19.96 | $1,756.10 | - | - | - | $10.50 | | $1,266.70 | $1,266.70 |
| 02-28-2024 | 62 | 31.65 | $1,962.30 | 07-02-2024 | 62 | | $19.96 | $1,237.25 | - | - | - | $10.50 | | $725.05 | $725.05 |
| 02-28-2024 | 1 | 31.57 | $31.57 | 07-02-2024 | 1 | | $19.96 | $19.96 | - | - | - | $10.50 | | $11.61 | $11.61 |
| 05-16-2024 | 83 | 26.19 | $2,173.77 | 07-02-2024 | 83 | | $19.96 | $1,656.32 | - | - | - | $10.50 | | $517.45 | |
| Matched against pre class period holdings | | | | 07-02-2024 | 3861 | | $19.99 | $77,182.55 | - | - | - | $10.50 | | | |
| **Total:** | **17,221** | | **$485,873.69** | | **21,082** | | | **$421,002.38** | | | | | | **$142,053.86** | **$141,536.41** |

| | |
|---|---|
| **Client Name** | Jack DeCicco |
| **Company Name** | New Fortress Energy Inc. |
| **Ticker Symbol** | NFE |
| **Security Type** | |
| **Class Period Start** | 12/12/2022 |
| **Class Period End** | 8/8/2024 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $30,282.83 |
| DURA LIFO* Total | $29,414.14 |
| Gross Shares Purchased | 5,534 |
| Net Shares Retained | 0 |

| 90-DAY Lookback Period Start | 8/9/2024 |
| 90-DAY Lookback Period End | 11/6/2024 |
| 90-DAY Lookback Average | $ 10.50 |

| Net Funds Expended | $30,282.83 |
| --- | --- |

### Jack DeCicco - Account 3

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-01-2023 | 992 | 30.3 | $ 30,057.60 | 05-29-2024 | 992 | | $ 24.45 | $ 24,254.40 | - | - | - | $ 10.50 | | $ 5,803.20 | $ 5,803.20 |
| 03-01-2023 | 1000 | 30.3 | $ 30,300.00 | 05-29-2024 | 1000 | | $ 24.48 | $ 24,480.00 | - | - | - | $ 10.50 | | $ 5,820.00 | $ 5,820.00 |
| 03-01-2023 | 534 | 30.3 | $ 16,180.20 | 05-29-2024 | 534 | | $ 24.49 | $ 13,077.66 | - | - | - | $ 10.50 | | $ 3,102.54 | $ 3,102.54 |
| 03-01-2023 | 1000 | 30.3 | $ 30,300.00 | 05-29-2024 | 1000 | | $ 24.43 | $ 24,430.00 | - | - | - | $ 10.50 | | $ 5,870.00 | $ 5,870.00 |
| 03-01-2023 | 1000 | 30.3 | $ 30,300.00 | 05-29-2024 | 1000 | | $ 24.43 | $ 24,430.00 | - | - | - | $ 10.50 | | $ 5,870.00 | $ 5,870.00 |
| 03-01-2023 | 504 | 30.3 | $ 15,271.20 | 05-29-2024 | 504 | | $ 24.45 | $ 12,322.80 | - | - | - | $ 10.50 | | $ 2,948.40 | $ 2,948.40 |
| 05-16-2024 | 504 | 26.1736 | $ 13,191.49 | 05-29-2024 | 504 | | $ 24.45 | $ 12,322.80 | - | - | - | $ 10.50 | | $ 868.69 | |
| Total: | 5,534 | | $165,600.49 | | 5,534 | | | $135,317.66 | | | | | | $30,282.83 | $29,414.14 |

| Client Name | Jack DeCicco |
| --- | --- |
| Company Name | New Fortress Energy Inc. |
| Ticker Symbol | NFE |
| Security Type | |
| Class Period Start | 12/12/2022 |
| Class Period End | 8/8/2024 |
| 90-DAY Lookback Period Start | 8/9/2024 |
| 90-DAY Lookback Period End | 11/6/2024 |
| 90-DAY Lookback Average | $ 10.50 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $3,835.17 |
| DURA LIFO* Total | $3,811.98 |
| Gross Shares Purchased | 218 |
| Net Shares Retained | 0 |
| Net Funds Expended | $3,835.17 |

### Jack DeCicco - Account 4

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-09-2023 | 5 | 38.97 | $ 194.85 | 07-02-2024 | 5 | | $ 19.92 | $ 99.60 | - | - | - | $ 10.50 | | $ 95.25 | $ 95.25 |
| 04-14-2023 | 1 | 30.5 | $ 30.50 | 07-02-2024 | 1 | | $ 19.92 | $ 19.92 | - | - | - | $ 10.50 | | $ 10.58 | $ 10.58 |
| 06-29-2023 | 1 | 26.45 | $ 26.45 | 07-02-2024 | 1 | | $ 19.92 | $ 19.92 | - | - | - | $ 10.50 | | $ 06.53 | $ 06.53 |
| 11-06-2023 | 1 | 28.75 | $ 28.75 | 07-02-2024 | 1 | | $ 19.92 | $ 19.92 | - | - | - | $ 10.50 | | $ 08.83 | $ 08.83 |
| 12-18-2023 | 207 | 37.75 | $ 7,814.25 | 07-02-2024 | 207 | | $ 19.92 | $ 4,123.46 | - | - | - | $ 10.50 | | $ 3,690.79 | $ 3,690.79 |
| 03-18-2024 | 1 | 30.57 | $ 30.57 | 07-02-2024 | 1 | | $ 19.92 | $ 19.92 | - | - | - | $ 10.50 | | $ 10.65 | |
| 05-16-2024 | 2 | 26.19 | $ 52.38 | 07-02-2024 | 2 | | $ 19.92 | $ 39.84 | - | - | - | $ 10.50 | | $ 12.54 | |
| Total: | 218 | | $8,177.75 | | 218 | | | $4,342.58 | | | | | | $3,835.17 | $3,811.98 |

| Client Name | Sandra DeCicco |
| --- | --- |
| Company Name | New Fortress Energy Inc. |
| Ticker Symbol | NFE |
| Security Type | |
| Class Period Start | 12/12/2022 |
| Class Period End | 8/8/2024 |
| 90-DAY Lookback Period Start | 8/9/2024 |
| 90-DAY Lookback Period End | 11/6/2024 |
| 90-DAY Lookback Average | $ 10.50 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $8,554.26 |
| DURA LIFO* Total | $8,554.26 |
| Gross Shares Purchased | 654 |
| Net Shares Retained | 0 |
| Net Funds Expended | $8,554.26 |

### Sandra DeCicco - Account 5

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-29-2023 | 50 | 37.75 | $ 1,887.50 | 07-02-2024 | 50 | | $ 19.96 | $ 998.00 | - | - | - | $ 10.50 | | $ 889.50 | $ 889.50 |
| 01-19-2024 | 604 | 32.65 | $ 19,720.60 | 07-02-2024 | 604 | | $ 19.96 | $ 12,055.84 | - | - | - | $ 10.50 | | $ 7,664.76 | $ 7,664.76 |
| Total: | 654 | | $21,608.10 | | 654 | | | $13,053.84 | | | | | | $8,554.26 | $8,554.26 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
| --- | --- |
| LIFO Loss Total | $3,111,065.11 |
| DURALIFO* Total | $3,054,199.02 |
| Gross Shares Purchased | 236,021 |
| Net Shares Retained | -19,517 |
| Net Funds Expended | $2,689,436.23 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.