# Exhibit 3

**New Fortress Energy Inc.**
**Class Period: December 12, 2022 through August 8, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 10.8515094 |
| James Bulter | 7/16/2024 | 750 | ($22.302245) | ($16,726.68) | | | | | | | | |
| | 7/18/2024 | 250 | ($24.260557) | ($6,065.14) | 9/30/2024 | 1,000 | $8.528 | $8,528.00 | | | | |
| | | 1,000 | | ($22,791.82) | | | | $8,528.00 | 0 | 0 | ($14,263.82) | |