```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

MIKOLAJ BOJDOL,

                Plaintiff,        24-cv-7032 (JGK)

    - against -                       ORDER

NEW FORTRESS ENERGY INC., ET AL.,

                Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The responses to all the motions to consolidate cases, to appoint lead plaintiff, and to approve lead counsel, see ECF Nos. 7, 9, 14, 17, are due **December 6, 2024**. The replies are due on **December 20, 2024**.

SO ORDERED.

Dated:    New York, New York
          November 26, 2024

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                 United States District Judge