UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIKOLAJ BOJDOL,
                          Plaintiff(s)

           -against-

NEW FORTRESS ENERGY, INC., et al,
                         Defendant(s).
-------------------------------------------------------------X

24 civ 7032 (JGK)

## ORDER

The conference scheduled for December 17, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

                                                            _____
                                                            **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 4, 2024