**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIKOLAJ BOJDOL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW FORTRESS ENERGY INC., WESLEY ROBERT EDENS, CHRISTOPHER S. GUINTA, and ANDREW DETE,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-07032-JGK<br><br>Hon. John G. Koeltl |
| TAYLOR ANDERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW FORTRESS ENERGY INC., WESLEY ROBERT EDENS, CHRISTOPHER S. GUINTA, and ANDREW DETE,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-08356-JGK<br><br>Hon. John G. Koeltl |

**JACK DECICCO'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

On November 18, 2024, movant Jack DeCicco ("Mr. DeCicco") filed a Motion for Consolidation of the above-refenced actions (the "Actions"), Appointment as Lead Plaintiff and Approval of Counsel, stating that he had suffered a financial loss of $3,111,065.11 in connection with his purchases of New Fortress Energy Inc. ("New Fortress") securities between December 12, 2022 and August 8, 2024, inclusive (the "Class Period"). *See* ECF No. 14. Three other lead plaintiff movants filed motions, but they ultimately filed notices of non-opposition or withdrew their motion, leaving only Mr. DeCicco.[1] On December 6, 2024, Mr. DeCicco filed an opposition to the competing motions. *See* ECF No. 22.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. DeCicco's pending motion is unopposed, Mr. DeCicco respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. DeCicco as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired New Fortress securities during the Class Period; (2) approving Mr. DeCicco's selection of Levi & Korsinsky,

---

[1] On December 6, 2024, movant Ian Luzin filed a notice of non-opposition stating that, "DeCicco appears to have alleged a larger financial interest in this litigation than Luzin within the meaning of the PSLRA, thereby triggering the PSLRA's rebuttable presumption favoring his appointment to serve as lead plaintiff. At this time, Luzin does not know of any facts that would serve as a basis to rebut that presumption or to question DeCicco's ability to satisfy the requirements of Rule 23. Accordingly, based on the known facts and circumstances, and the record presently before the Court, Luzin does not oppose DeCicco's Lead Plaintiff motion." *See* ECF No. 23. On the same day, movant Joseph Costro withdrew his motion. *See* ECF No. 25. Movant James Bulter failed to file a response when oppositions were due, thus abandoning his motion. *See Janbay v. Canadian Solar Inc.*, 272 F.R.D. 113, 116 (S.D.N.Y. 2010) (explaining that motions for appointment as lead plaintiff are considered abandoned if a movant "d[oes] not submit opposition or reply papers"); *In re KIT Digital, Inc. Sec. Litig.*, 293 F.R.D. 441, 443 (S.D.N.Y. 2013) (lead plaintiff movants "did not file opposition briefs, and thus the Court deems their applications abandoned or withdrawn").

LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may

deem just and proper.

Dated: December 13, 2024                    Respectfully Submitted,

                                            **LEVI & KORSINSKY, LLP**

                                            By: */s/ Adam M. Apton*
                                            Adam M. Apton (AS-8383)
                                            33 Whitehall Street, 17th Floor
                                            New York, NY 10004
                                            Tel: (212) 363-7500
                                            Fax: (212) 363-7171
                                            Email: aapton@zlk.com

                                            *Lead Counsel for Jack DeCicco and*
                                            *[Proposed] Lead Counsel for the Class*