UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NEW FORTRESS ENERGY INC.
SECURITIES LITIGATION

24-cv-7032 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, on **Thursday, December 19, 2024**, at **4:00 p.m.** Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:   New York, New York
         December 17, 2024

                                    _____
                                          John G. Koeltl
                                    United States District Judge