UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE NEW FORTRESS ENERGY INC.          :     24-cv-07032 (JGK)
SECURITIES LITIGATION                             :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

**WHEREAS**, on December 17, 2024, the Court issued an order that (i) consolidated for all purposes the two actions *Bojdol v. New Fortress Energy Inc., et al.*, 24-cv-07032, and *Anderson v. New Fortress Energy Inc., et al.*, 24-cv-08356, (ii) appointed Jack DeCicco ("Lead Plaintiff") as lead plaintiff and (iii) approved Lead Plaintiff's selection of counsel (ECF No. 30);

**WHEREAS**, Lead Plaintiff intends to file an Amended Complaint, which Defendants New Fortress Energy, Inc., Wesley Robert Edens, Christopher S. Guinta, and Andrew Dete (collectively, "Defendants") anticipate moving to dismiss;

**WHEREAS**, Lead Plaintiff and Defendants have conferred and agreed on a proposed briefing schedule; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1. Lead Plaintiff shall file its amended complaint on or before **February 18, 2025**.

2. Defendants shall file their motions to dismiss on or before **April 4, 2025**.

3. Lead Plaintiff shall file any opposition to the motions to dismiss, or another amended complaint, on or before **May 19, 2025.**

4. If Lead Plaintiff files an opposition, Defendants shall file any reply papers in further support of their motions to dismiss on or before **June 6, 2025**.

5. Should Lead Plaintiff file a second amended complaint on May 19, 2025 instead of an opposition to the motions to dismiss, Defendants shall file motions to dismiss the second amended complaint on or before **July 2, 2025**. Lead Plaintiff shall file any opposition to the motions to dismiss the second amended complaint on or before **August 18, 2025**. Defendants shall file their reply in further support of the motions to dismiss the second amended complaint on or before **September 8, 2025**.

Dated:  New York, New York
        December 20, 2024

| | |
|---|---|
| */s/* Adam M. Apton | */s/* Scott D. Musoff |
| Adam M. Apton | Scott D. Musoff |
| **LEVI & KORSINSKY, LLP** | **SKADDEN, ARPS, SLATE,** |
| 33 Whitehall Street, 17th Floor | **  MEAGHER & FLOM LLP** |
| New York, New York 10004 | One Manhattan West |
| Telephone: (212) 363-7500 | New York, New York 10001 |
| Facsimile: (212) 363-7171 | Telephone: (212) 735-3000 |
| aapton@zlk.com | Facsimile:  (212) 735-2000 |
| | scott.musoff@skadden.com |
| *Counsel for Lead Plaintiff* | Joseph O. Larkin (*pro hac vice*) |
| | **SKADDEN, ARPS, SLATE,** |
| | **  MEAGHER & FLOM LLP** |
| | One Rodney Square |
| | 920 N. King Street |
| | Wilmington, Delaware 19801 |
| | Phone: (302) 651-3000 |
| | Facsimile: (302) 651-3001 |
| | joseph.larkin@skadden.com |
| | *Counsel for Defendants New Fortress Energy Inc., Wesley Robert Edens, Christopher S. Guinta, and Andrew Dete* |

**IT IS SO ORDERED.**

Dated: _____, 2024            _____
                                            HONORABLE JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE