**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NEW FOTRESS ENERGY INC. SECURITIES LITIGATION | Master File No. 1:24-cv-07032-JGK |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Omar Jafri, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiff Ian Luzin in the above-captioned action.

I am duly admitted to the practice of law in the state of Illinois and I am a member in good standing of the Illinois bar. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: February 26, 2025                                Respectfully submitted,

                                                                        */s/ Omar Jafri*
                                                                        Omar Jafri
                                                                        Pomerantz LLP
                                                                        10 S. LaSalle Street, Suite 3505
                                                                        Chicago, IL 60603
                                                                        Telephone: 312-377-1181
                                                                        Fax: 312-229-8811
                                                                        Email: ojafri@pomlaw.com