**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NEW FOTRESS ENERGY INC. SECURITIES LITIGATION | Master File No. 1:24-cv-07032-JGK |

## AFFIDAVIT OF OMAR JAFRI

I, Omar Jafri, am a partner at the law firm of Pomerantz LLP. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the state of Illinois. I do, being duly sworn, hereby state that there are no pending disciplinary proceedings against me in any state or federal court. I have not been convicted of a felony. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

I make this Affidavit under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2025

Respectfully submitted,

Omar Jafri
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Fax: 312-229-8811
Email: ojafri@pomlaw.com

SWORN TO AND SUBSCRIBED
Before me, this 26 day of February 2025

Notary Public

Official Seal
ERIC A HOWELL
Notary Public, State of Illinois
Commission No. 917768
My Commission Expires September 30, 2028

1