UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE NEW FOTRESS ENERGY INC. SECURITIES LITIGATION | Master File No. 1:24-cv-07032-JGK |
|---|---|

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Omar Jafri for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

>Omar Jafri
>Pomerantz LLP
>10 S. LaSalle Street, Suite 3505
>Chicago, IL 60603
>Telephone: 312-377-1181
>Fax: 312-229-8811
>Email: ojafri@pomlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for plaintiff Ian Luzin in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: _____

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE