UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
IN RE NEW FORTRESS ENERGY INC.  :    24-cv-07032 (JGK)
SECURITIES LITIGATION           :
                                :
------------------------------------ x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of Scott D. Musoff, dated April 4, 2025 and the exhibits thereto, and all prior papers and proceedings herein, Defendants New Fortress Energy Inc., Wesley Robert Edens and Christopher S. Guinta will move this Court, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time designated by the Court, for an Order: (i) dismissing the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 34) in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) as well as Section 10(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); and (ii) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 4, 2025

/s/  Scott D. Musoff
Scott D. Musoff
Sarah E. Danehy
Jemma M. Curtin
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
scott.musoff@skadden.com
sarah.danehy@skadden.com
jemma.curtin@skadden.com

Joseph O. Larkin (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
joseph.larkin@skadden.com

*Counsel for Defendants New Fortress Energy Inc., Wesley Robert Edens and Christopher S. Guinta*