SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
——
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

June 6, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re: *In re New Fortress Energy Inc. Sec. Litig.*, 24-cv-07032 (JGK)

Dear Judge Koeltl:

      We represent Defendants New Fortress Energy Inc., Wesley Robert Edens, and Christopher S. Guinta (collectively, "Defendants"), in the above-referenced action. Pursuant to Rule III.G of Your Honor's Individual Practices, we write to respectfully request oral argument on Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws, (ECF No. 39), which is fully briefed as of today. We believe that oral argument will aid the Court in resolving the issues in this motion. We are available at the Court's convenience should any additional information be helpful to the Court in considering this request or the pending motion to dismiss.

                                    Respectfully submitted,

                                    */s/* Scott D. Musoff

                                    Scott D. Musoff