```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------   24-cv-7032 (JGK)

IN RE NEW FORTRESS ENERGY INC.
SECURITIES LITIGATION                              ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

The Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit.

For the reasons stated on the record today, the defendants' motion to dismiss is **denied**. The Clerk is directed to close all pending motions in this case.

The parties shall file a Rule 26(f) report by **March 12, 2026**.

SO ORDERED.

Dated:   New York, New York
         February 19, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge