# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

March 2, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

3/3/26.

John G. Koeltl, U.S.D.J.

RE:   *In re New Fortress Energy Inc. Securities Litigation*, 24-cv-07032 (JGK)

Dear Judge Koeltl:

Defendants[1] respectfully write pursuant to Rule I(C) of the Court's Individual Practices to request an unopposed extension of Defendants' deadline to file their Answer to the Amended Complaint (ECF No. 34). Pursuant to Federal Rule of Civil Procedure Rule 12(a)(4)(A), Defendants' Answer is currently due on March 5, 2026. Defendants respectfully request an extension to April 6, 2026 in order to adequately respond to Plaintiffs' 97 page and 250 paragraph Amended Complaint. This is Defendants' first request for an extension, and Plaintiffs consent to such extension. The requested extension does not affect any other scheduled dates.

Respectfully,

*/s/ Scott D. Musoff*

Scott D. Musoff

cc:   All counsel of record (via ECF)

---

[1] Defendants are New Fortress Energy Inc., Wesley Robert Edens, and Christopher S. Guinta.