**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE NEW FORTRESS ENERGY INC.**
**SECURITIES LITIGATION**

**1:24-cv-07032 (JGK) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall file a joint letter on Friday, August 28, 2026, apprising the Court of the

status of discovery.

**SO ORDERED.**

DATED:       New York, New York
             June 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge